## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 6 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | | |
|---|---|---|
| RANDALL SCOTT RHUDY, | ) | CASE NO. 7:18CV00220 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| GREGORY P. WINSTON, ET AL., | ) | By: Hon. Glen E. Conrad |
| | ) | Senior United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the plaintiff's motion for preliminary injunctive relief (ECF No. 9) is **DENIED**.

ENTER: This 26th day of June, 2018.

_/s/ Glen E. Conrad_
Senior United States District Judge